# UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
Realty Consultants Usa § Case No. 14-19585
§
Debtor §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 11 of the United States Bankruptcy Code was filed on 05/26/2014 . The case was converted to one under Chapter 7 on 08/06/2014 . The undersigned trustee was appointed on 05/26/2014 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

| | | |
|---|---|---|
| 4. The trustee realized gross receipts of | $ | 103,856.67 |
| Funds were disbursed in the following amounts: | | |
| Payments made under an interim disbursement | | 0.00 |
| Administrative expenses | | 41,241.15 |
| Bank service fees | | 1,036.39 |
| Other payments to creditors | | 56,147.14 |
| Non-estate funds paid to 3rd Parties | | 0.00 |
| Exemptions paid to the debtor | | 0.00 |
| Other payments to the debtor | | 0.00 |
| Leaving a balance on hand of[1] | $ | 5,431.99 |

---
[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 12/15/2014 and the deadline for filing governmental claims was 12/15/2014 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 8,442.83 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 8,107.83 as interim compensation and now requests a sum of $335.00, for a total compensation of   $ 8,442.83 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 106.50 , and now requests reimbursement for expenses of $ 24.42 , for total expenses of $ 130.92 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 07/13/2017             By:/s/STEVEN R. RADTKE
                                             Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 14-19585 | JPC | Judge: | Jacqueline P. Cox | Trustee Name: | STEVEN R. RADTKE |
|---|---|---|---|---|---|---|
| Case Name: | Realty Consultants Usa | | | | Date Filed (f) or Converted (c): | 08/06/2014 (c) |
| | | | | | 341(a) Meeting Date: | 07/24/2014 |
| For Period Ending: | 07/13/2017 | | | | Claims Bar Date: | 12/15/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1.  Account Receivable-Delaware Place Bank  Invoice No. 101-140309 | 3,000.00 | 3,000.00 | | 3,000.00 | FA |
| 2.  Account Receivable - Northside Community Bank  Invoice No. 101-140299 | 2,500.00 | 2,500.00 | | 0.00 | FA |
| 3.  Account Receivable - Comerica Bank  Invoice No. 101-140301 | 3,500.00 | 3,500.00 | | 3,500.00 | FA |
| 4.  Account Receivable - Leaders Bank  Invoice No. 101-140317 | 2,000.00 | 2,000.00 | | 2,000.00 | FA |
| 5.  Account Receivable - Mark M. Lyman  Inoivce No. 101-140297 - George J. Keporos | 3,750.00 | 3,750.00 | | 3,750.00 | FA |
| 6.  Account Receivable - Community Bank of Elmhurst  Invoice No. 102-140138 | 450.00 | 450.00 | | 450.00 | FA |
| 7.  Account Receivable - PNC Financial  Inoivce No. 101-1401282 | 100.00 | 100.00 | | 100.00 | FA |
| 8.  Account Receivable - United Central Bank  Invoice No. 102-140141 | 400.00 | 400.00 | | 400.00 | FA |
| 9.  Account Receivable - WWL DHotel Investors LLC  Invoice No. 101-140267 | 733.75 | 733.75 | | 733.75 | FA |
| 10. Corporate checking account Everbank (u) | 18,000.00 | 18,000.00 | | 16,402.97 | FA |
| 11. Business Insurance Policies | 0.00 | 0.00 | | 0.00 | FA |
| 12. Causes of action against Integra Realty Resources unknown va  No value can be assigned because setltement discussions are ongoing | Unknown | Unknown | | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 14-19585 | JPC | Judge: | Jacqueline P. Cox | Trustee Name: | STEVEN R. RADTKE |
|---|---|---|---|---|---|---|
| Case Name: | Realty Consultants Usa | | | | Date Filed (f) or Converted (c): | 08/06/2014 (c) |
| | | | | | 341(a) Meeting Date: | 07/24/2014 |
| For Period Ending: | 07/13/2017 | | | | Claims Bar Date: | 12/15/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 13. Used office furniture; charis, desks, conference table, pape | 10,000.00 | 10,000.00 | OA | 0.00 | FA |
| 14. Account Receivable-Burke Burns & Pinelli Ltd. Invoice Nos. 101-140223, 101-140280 and 101-140285 | 5,350.00 | 5,350.00 | | 5,350.00 | FA |
| 15. Account Receivable-MB Financial Bank NA | 850.00 | 850.00 | | 850.00 | FA |
| 16. Account Receivable - Village of Glenview | 5,155.34 | 5,155.34 | | 5,155.34 | FA |
| 17. Insurance Premium Rebate 2013; Policy #09P1008 | 147.12 | 147.12 | | 147.12 | FA |
| 18. Account Receivable - Scott D. Verhey | 1,900.00 | 1,900.00 | | 1,900.00 | FA |
| 19. Account Receivable-O'Hagan LLC | 1,200.00 | 1,200.00 | | 1,200.00 | FA |
| 20. Account Receivable - Burke Burns & Pinelli, Ltd. | 2,250.00 | 2,250.00 | | 2,250.00 | FA |
| 21. Account Receivable - Northside Community Bank | 2,500.00 | 2,500.00 | | 2,500.00 | FA |
| 22. Account Receivable - Northern Ilinois Railroad Corporation ( Invoice No. 101-140317 | 1,248.50 | 1,248.50 | | 1,248.50 | FA |
| 23. Account Receivable  Zions First National Bank | 4,500.00 | 4,500.00 | | 4,500.00 | FA |
| 24. Account Receivable - GTIS Invoice No. 101-140281 - Return of account receivable collected by principal of Debtor | 3,000.00 | 3,000.00 | | 3,000.00 | FA |
| 25. Proceeds of Sale of Estate Property (work in progress) (u) | 15,000.00 | 15,000.00 | | 15,000.00 | FA |
| 26. Account Receivable - American Water Invoice Nos. 101-140311 and 101-140271 | 5,218.99 | 5,218.99 | | 5,218.99 | FA |
| 27. Undisclosed Attorneys Fees (u) | 7,500.00 | 7,500.00 | | 7,500.00 | FA |
| 28. Account Receivable Judith H. Stenehjem (SLS) LP | 3,500.00 | 3,500.00 | | 3,500.00 | FA |
| 29. Sanctions per order of Court (u) Sanctions per order of Court dated 12/16/14 | 700.00 | 700.00 | | 700.00 | FA |
| 30. Settlement of fraudulent conveyance (u) | 6,000.00 | 6,000.00 | | 6,000.00 | FA |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case No: | 14-19585 | JPC | Judge: | Jacqueline P. Cox | Trustee Name: | STEVEN R. RADTKE |
|---|---|---|---|---|---|---|
| Case Name: | Realty Consultants Usa | | | | Date Filed (f) or Converted (c): | 08/06/2014 (c) |
| | | | | | 341(a) Meeting Date: | 07/24/2014 |
| For Period Ending: | 07/13/2017 | | | | Claims Bar Date: | 12/15/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 31. Account Receivable - Ft. Worth Accounting Center

Invoice No. 101-140281 - Return of account receivable collected by principal of Debtor | 4,500.00 | 4,500.00 | | 4,500.00 | FA |
| 32. Account Receivable - Perry Higa

Invoice No. 101-140260 - Return of account receivable collected by principal of Debtor | 3,000.00 | 3,000.00 | | 3,000.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $117,953.70 | $117,953.70 | | $103,856.67 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

6/2017 Finalizing TFR

3/2017 Lawsuit no longer being pursued by special counsel; begin work on fee petition and TFR

6/2016 Special counsel continues to evaluate claim

10/23/15 Trustee has retained special counsel per order of court. Special counsel is in process of document retrieval necessary to evaluate the claim and settlement/litigation alternatives.

Trustee consulting with proposed special counsel regarding filing State court case for tortious interference with contracts. (Trustee has retained special counsel pursuant to order of Court to pursue the action)

Initial Projected Date of Final Report (TFR): 06/30/2016    Current Projected Date of Final Report (TFR): 06/30/2018

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: 14-19585 | Trustee Name: STEVEN R. RADTKE |
| Case Name: Realty Consultants Usa | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX9888 |
| | Checking |
| Taxpayer ID No: XX-XXX8247 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 07/13/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/24/14 | 15 | MB Financial Bank, NA<br>c/o Daniel Mccallum<br>6111 North River Road, 4th Floor<br>Rosemont, IL 60018 | Account receivable<br>Invoice No. 102-140119 | 1121-000 | $850.00 | | $850.00 |
| 07/24/14 | 16 | Village of Glenview<br>1225 Waukegan Road<br>Glenview, IL 60025-3071 | Account receivable<br>Invoice Nos. 101-140270 and<br>No. 101-140290 | 1121-000 | $5,155.34 | | $6,005.34 |
| 07/24/14 | 17 | UnitedHealthcare of Illinois, Inc.<br>MCR Operations<br>PO Box 30519<br>Salt Lake City, UT 84130 | Health Insurance Premium Rebate<br>Insurance premium rebate for 2013 - Policy #09P1008 | 1129-000 | $147.12 | | $6,152.46 |
| 07/28/14 | 18 | Scott D. Verhey<br>Law Offices of Scott D Verhey<br>734 North Wells street<br>Chicago, IL 60654 | Account receivable<br>Invoice No. 101-140283 | 1121-000 | $1,900.00 | | $8,052.46 |
| 07/31/14 | 19 | O'Hagan LLC<br>One East Wacker, Suite 3400<br>Chicago, IL 60601 | Account receivable<br>Invoice No. 102-140132 | 1121-000 | $1,200.00 | | $9,252.46 |
| 08/05/14 | 20 | Burke Burns & Pinelli, Ltd.<br>70 West Madison Street<br>Suite 4300<br>Chicago, IL 60602 | Account receivable<br>Invoice No. 101-140284 and<br>Invoice No. 101-140218 | 1121-000 | $2,250.00 | | $11,502.46 |
| 08/06/14 | 21 | Northside Community Bank<br>8060 Oakton Street<br>Niles, IL 60714 | Account receivable<br>Invoice No. 101-140299 | 1121-000 | $2,500.00 | | $14,002.46 |
| 09/04/14 | 1001 | Estate of Realty Consultants Usa, 14-19585 | Chapter 11 funds transferred to Chapter 7 bank account | 9999-000 | | $14,002.46 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $14,002.46 | $14,002.46 |
| Less: Bank Transfers/CD's | $0.00 | $14,002.46 |
| Subtotal | $14,002.46 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $14,002.46 | $0.00 |

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*

Page Subtotals: $14,002.46    $14,002.46

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | | |
|---|---|---|
| Case No: 14-19585 | Trustee Name: | STEVEN R. RADTKE |
| Case Name: Realty Consultants Usa | Bank Name: | Associated Bank |
| | Account Number/CD#: | XXXXXX5604 |
| | | Checking |
| Taxpayer ID No: XX-XXX8247 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: 07/13/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/12/14 | 1 | Delaware Place Bank<br>190 East Delaware Place<br>Chicago, IL 60611 | Account receivable<br>Invoice No. 101-140309;<br>appraisal Ensell Road &<br>Quentin Road, Lake Zurich, IL | 1121-000 | $3,000.00 | | $3,000.00 |
| 08/12/14 | 3 | Comerica Bank | Account receivable<br>Invoice No. 101-140301 | 1121-000 | $3,500.00 | | $6,500.00 |
| 08/12/14 | 2 | Northside Community Bank<br>8060 Oakton Street<br>Niles, IL 60714 | Account receivable<br>Invoice No. 101-140299 ;<br>Lakepointe Apartments LLC -<br>Appraisal 1284-W. Early<br>Avenue, Chicago, IL | 1121-000 | $2,500.00 | | $9,000.00 |
| 08/12/14 | 4 | Leaders Bank<br>2001 York Road, Suite 150<br>Oak Brook, IL 60523 | Account receivable<br>Invoice No. 101-140317; Loan<br>OPS/T.M.G. Venture LLC -<br>appraisal 2421 S. 25th Avenue,<br>Broadview, IL | 1121-000 | $2,000.00 | | $11,000.00 |
| 08/12/14 | 5 | George J. Keporos<br>160 E. Illinois St., Apt. 1706<br>Chicago, IL 60611 | Account receivable<br>Invoice No. 101-140297; Mark<br>M. Lyman - appraisal Honda<br>City, 4830, 4840, 4843, 4900,<br>4950 S. Pulaski Road,<br>Chicago, IL | 1121-000 | $3,750.00 | | $14,750.00 |
| 08/12/14 | 6 | Community Bank of Elmhurst | Account receivable<br>Invoice No. 102-140138 | 1121-000 | $450.00 | | $15,200.00 |
| 08/13/14 | 9 | WWL DHotel Investors LLC<br>350 W Hubbard Street<br>Suite 250<br>Chicago, IL 60654 | Account receivable<br>Invoice No. 101-140267 -<br>ground lease renewal | 1121-000 | $733.75 | | $15,933.75 |
| 08/13/14 | 8 | United Central Bank<br>4555 West Walnut Street<br>Garland, TX 75042 | Account receivable<br>Invoice No. 102-140141 -<br>Balvinder Singh | 1121-000 | $400.00 | | $16,333.75 |
| 08/13/14 | 7 | The PNC Financial Services Group | Account receivable<br>Invoice No. 101-1401282 | 1121-000 | $100.00 | | $16,433.75 |
| 08/15/14 | 10 | EverBank | Proceeds from Closed bank<br>account<br>RCUSA Valuations LLC0194 | 1229-000 | $16,402.97 | | $32,836.72 |

| | | |
|---|---|---|
| **UST Form 101-7-TFR (5/1/2011)** *(Page: 7)* | Page Subtotals: $32,836.72 | $0.00 |

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: 14-19585 | Trustee Name: STEVEN R. RADTKE |
| Case Name: Realty Consultants Usa | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX5604 |
| | Checking |
| Taxpayer ID No: XX-XXX8247 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 07/13/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/04/14 | | Estate of Realty Consultants Usa, 14-19585 | Chapter 11 funds | 9999-000 | $14,002.46 | | $46,839.18 |
| 09/04/14 | 14 | Burke, Burns & Pinelli, Ltd. 70 West Madison Street Suite 4300 Chicago, IL 60602 | Accounts receivable Invoice Nos. 101-140223, 101-140280 and 101-140285 | 1121-000 | $5,350.00 | | $52,189.18 |
| 09/04/14 | 2 | Northside Community Bank 8060 Oakton Street Niles, IL 60714 | Account receivable Reversal Stop Payment of Check #021096 dated 6/28/14 from Northside Community Bank (Lakepoint Apartments LLC) for Invoice #101-140299; this invoice paid with Check #021155 dated 8/1/14 deposited in Account #2153179888 | 1121-000 | ($2,500.00) | | $49,689.18 |
| 09/08/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $29.69 | $49,659.49 |
| 09/09/14 | 24 | Gary K. Declark 176 Esat Orchard Street Elmhurst, IL 60126-4070 | Account receivable Return of account receivable (GTIS -Invoice #101-140306) collected by principal of debtor | 1121-000 | $3,000.00 | | $52,659.49 |
| 09/15/14 | 22 | Northeast Illinois Railroad Corporation 547 West Jackson Boulevard Chicago, IL 60661 | Account receivable Invoice No. 101-140317 (Leaders Bank) | 1121-000 | $1,248.50 | | $53,907.99 |
| 09/15/14 | 23 | Zions Management Services Company Salt Lake City, UT 84101 | Account receivable Invoice No. 101-1401908 | 1121-000 | $4,500.00 | | $58,407.99 |
| 09/18/14 | 25 | Gary Declark | Proceeds of Sale of estate property (Work in Progress) Proceeds from sale of estate's right title and interest in work in progress pursuant to order dated 9/17/14 | 1290-000 | $15,000.00 | | $73,407.99 |
| 10/06/14 | 26 | American Water PO Box 5600 Cherry Hill, NJ 08034 | Account receivable Invoice Nos. 101-140311 and 101-140271 | 1121-000 | $5,218.99 | | $78,626.98 |

| | | | | | | |
|---|---|---|---|---|---|---|
| UST Form 101-7-TFR (5/1/2011) *(Page: 8)* | | | Page Subtotals: | | $45,819.95 | $29.69 |

## FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | Exhibit B |
|---|---|---|
| Case No: 14-19585 | Trustee Name: STEVEN R. RADTKE | |
| Case Name: Realty Consultants Usa | Bank Name: Associated Bank | |
| | Account Number/CD#: XXXXXX5604 | |
| | Checking | |
| Taxpayer ID No: XX-XXX8247 | Blanket Bond (per case limit): $5,000,000.00 | |
| For Period Ending: 07/13/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/07/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $85.87 | $78,541.11 |
| 11/07/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $115.51 | $78,425.60 |
| 11/12/14 | 27 | Nikola Duric | Return of Undisclosed Attorneys Fees | 1290-000 | $7,500.00 | | $85,925.60 |
| 12/05/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $119.67 | $85,805.93 |
| 12/09/14 | 28 | Judith H. Stenehjem (SLS) LP PO Box 607 Watford City, ND 58854 | Account receivable Invoice No. 101-140305 | 1121-000 | $3,500.00 | | $89,305.93 |
| 01/08/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $131.42 | $89,174.51 |
| 01/15/15 | 29 | Linda Spak | Sanctions per order of Court dated 12/16/14 | 1290-000 | $700.00 | | $89,874.51 |
| 02/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $133.15 | $89,741.36 |
| 02/10/15 | 30 | Nikola Duric 401 Wisner Street Park Ridge, IL 60068 | Settlement of fraudulent conveyance | 1249-000 | $6,000.00 | | $95,741.36 |
| 02/19/15 | 31 | RCUSA Valuations LLC | Account receivable Return of account receivable (Ft. Worth Accounting, Inv. No. 101-140281) collected by principal of debtor | 1129-000 | $1,500.00 | | $97,241.36 |
| 03/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $126.69 | $97,114.67 |

| | | | | | | |
|---|---|---|---|---|---|---|
| UST Form 101-7-TFR (5/1/2011) (Page: 9) | | Page Subtotals: | | | $19,200.00 | $712.31 |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 14-19585 | Trustee Name: STEVEN R. RADTKE |
| Case Name: Realty Consultants Usa | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX5604 |
| | Checking |
| Taxpayer ID No: XX-XXX8247 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 07/13/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/25/15 | | Gary K. Declark | Account receivable Return of account receivable (Ft. Worth Accounting Center - Invoice No. 101-140281 - $3,000.00 & Perry Higa - Invoice No. 101-140260 - $1,500.00) collected by principal of Debtor | | $4,500.00 | | $101,614.67 |
| | | | Gross Receipts $4,500.00 | | | | |
| | 31 | | Account Receivable - Ft. Worth Accounting Center $3,000.00 | 1121-000 | | | |
| | 32 | | Account Receivable - Perry Higa $1,500.00 | 1121-000 | | | |
| 03/27/15 | 32 | Gary K. Declark | Account receivable Return of account receivable (Perry Higa - Invoice No. 101-140260 - $1,500.00) collected by principal of Debtor | 1121-000 | $1,500.00 | | $103,114.67 |
| 04/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $146.24 | $102,968.43 |
| 05/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $148.15 | $102,820.28 |
| 07/15/15 | 1001 | STEVEN R. RADTKE CHILL, CHILL & RADTKE, P.C. 79 WEST MONROE STREET SUITE 1305 CHICAGO, IL 60603 | Interim Trustee's Fees per order of Court dated 6/30/15 | 2100-000 | | $8,107.83 | $94,712.45 |
| 07/15/15 | 1002 | STEVEN R. RADTKE CHILL, CHILL & RADTKE, P.C. 79 WEST MONROE STREET SUITE 1305 CHICAGO, IL 60603 , | Interim Trustee's Costs per order of Court dated 6/30/15 | 2200-000 | | $106.50 | $94,605.95 |

UST Form 101-7-TFR (5/1/2011) *(Page: 10)*          Page Subtotals:          $6,000.00          $8,508.72

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 14-19585 | Trustee Name: STEVEN R. RADTKE |
| Case Name: Realty Consultants Usa | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX5604 |
| | Checking |
| Taxpayer ID No: XX-XXX8247 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 07/13/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/15/15 | 1003 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL 60603<br>, | Interim Trustee's Attorneys' Fees per order of Court dated 6/30/15 | 3110-000 | | $24,262.50 | $70,343.45 |
| 07/15/15 | 1004 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL 60603<br>, | Interim Trustee's Attorneys' Costs per order of Court dated 6/30/15 | 3120-000 | | $369.79 | $69,973.66 |
| 07/15/15 | 1005 | Popowcer Katten Ltd.<br>35 East Wacker Drive, Suite 1550<br>Chicago, IL 60601-2124 | Interim Trustee's Accountant's Fees per order of Court dated 6/30/15 | 3410-000 | | $7,282.00 | $62,691.66 |
| 07/15/15 | 1006 | Popowcer Katten Ltd.<br>35 East Wacker Drive, Suite 1550<br>Chicago, IL 60601-2124 | Interim Trustee's Accountant's Costs per order of Court dated 6/30/15 | 3420-000 | | $12.53 | $62,679.13 |
| 07/15/15 | 1007 | MB Financial Bank, N.A.<br>c/o David R. Doyle<br>Shaw, Fishman, Glantz & Towbin, LLC<br>321 N. Clark St., Ste 800<br>Chicago, IL 60657 | Net proceeds of recovery of Secured Party's collateral pursuant to order of Court dated 6/30/15 | 4110-000 | | $56,147.14 | $6,531.99 |
| 09/30/15 | | Associated Bank | Reversal of Technology Fee<br>Fee charged on 9/8/14; reversed on 10/1/14 - neglected to make note in system | 2600-000 | | ($12.00) | $6,543.99 |
| 09/30/15 | | Associated Bank | Technology Fee<br>Fee charged on 9/8/14 (after speaking with Tamara Jones on 10/1/14 fee was reversed - neglected to make note in system) | 2600-000 | | $12.00 | $6,531.99 |
| 11/23/15 | 1008 | M. Larry Lefoldt and Lefoldt & Co., P.A.<br>690 Towne Center Boulevard<br>P.O. Box 2848<br>Ridgeland, MS 39158-2848 | Payment of professional fees per order of Court entered 11/19/15 | 2990-000 | | $1,200.00 | $5,331.99 |

UST Form 101-7-TFR (5/1/2011) *(Page: 11)*               Page Subtotals:                    $0.00        $89,273.96

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 14-19585 | Trustee Name: | STEVEN R. RADTKE |
| --- | --- | --- | --- |
| Case Name: | Realty Consultants Usa | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX5604 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX8247 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 07/13/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/24/16 | | Global Surety, LLC - Operating Acct. One Shell Square 701 Poydras Street, Suite 420 New Orleans, LA 70139 | Return of Ch 11 bond payment The Trustee's attorney advanced the cost of the Chapter 11 bond and was reimbursed for same pursuant to order of Court dated 6/30/15. The case was converted to Ch 7 and the bond was cancelled. Attorneys for Trustee received a check returning the bond payment. That check was not cashed. This check represents reimbursement to estate for same. | 3120-000 | | ($100.00) | $5,431.99 |

|  |  |  |
| --- | --- | --- |
| COLUMN TOTALS | $103,856.67 | $98,424.68 |
| Less: Bank Transfers/CD's | $14,002.46 | $0.00 |
| Subtotal | $89,854.21 | $98,424.68 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $89,854.21 | $98,424.68 |

UST Form 101-7-TFR (5/1/2011) *(Page: 12)*    Page Subtotals:    $0.00    ($100.00)

Exhibit B

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX5604 - Checking | $89,854.21 | $98,424.68 | $5,431.99 |
| XXXXXX9888 - Checking | $14,002.46 | $0.00 | $0.00 |
|  | $103,856.67 | $98,424.68 | $5,431.99 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $103,856.67 |
| Total Gross Receipts: | $103,856.67 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 14-19585  
Debtor Name: Realty Consultants Usa  
Claims Bar Date: 12/15/2014

Date: July 13, 2017

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL  60603<br>, | Administrative | | $0.00 | $8,442.83 | $8,442.83 |
| 100 2200 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL  60603<br>, | Administrative | | $0.00 | $130.92 | $130.92 |
| 10 100 2990 | Office Of The U.S. Trustee<br><B>(Administrative)</B><br>219 S. Dearborn St. Room 873<br>Chicago, Il 60604 | Administrative | | $0.00 | $325.00 | $325.00 |
| 100 3110 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL  60603<br>, | Administrative | | $0.00 | $29,010.07 | $29,010.07 |
| 100 3120 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL  60603<br>, | Administrative | | $0.00 | $369.79 | $369.79 |
| 100 3410 | Popowcer Katten Ltd.<br>35 East Wacker Drive, Suite 1550<br>Chicago, IL 60601-2124 | Administrative | | $0.00 | $7,282.00 | $7,282.00 |
| 100 3420 | Popowcer Katten Ltd.<br>35 East Wacker Drive, Suite 1550<br>Chicago, IL 60601-2124 | Administrative | | $0.00 | $12.53 | $12.53 |
| 8 230 5300 | Amanda L. Bina<br>2600 N. Hampden Ct.<br>Unit A4<br>Chicago, Il 60614 | Priority | Late claim | $0.00 | $13,766.17 | $13,766.17 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 14-19585
Debtor Name: Realty Consultants Usa
Claims Bar Date: 12/15/2014

Date: July 13, 2017

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 12 230 5300 | Charles Harms 198 May St Elmhurst, Il 60126 | Priority | Late claim | $0.00 | $1,666.67 | $1,666.67 |
| 13 230 5300 | Jennifer Lopez 2125 W Agatite Chicago, Il 60625 | Priority | Late claim | $0.00 | $1,666.67 | $1,666.67 |
| 13B 240 5400 | Jennifer Lopez 2125 W Agatite Chicago, Il 60625 | Priority | Late claim | $0.00 | $128.60 | $128.60 |
| 3 280 5800 | Internal Revenue Service Mail Stop 5010 Chi 230 S. Dearborn St. Chicago, Il 60604 | Priority | | $20,000.00 | $12,658.90 | $12,658.90 |
| 4 280 5800 | Illinois Department Of Revenue <B>(Administrative)</B> Bankruptcy Section P.O. Box 64338 Chicago, Il 60664-0338 | Priority | | $0.00 | $4,366.03 | $4,366.03 |
| 14 280 5800 | Illinois Dept. Of Employment Security 33 S State St., 10Th Flr Ceu Bky Chicago, Illinois 60603 Attn. Amelia T. Yabes | Priority | Late claim | $0.00 | $127.69 | $127.69 |
| 15 280 5800 | Illinois Department Of Employment Security <B>(Administrative)</B> 33 South State St. 10Th Flr. Collection Bk Chicago, Illinois 60603 | Priority | Late claim | $0.00 | $695.19 | $695.19 |
| 16 280 5800 | Illinois Department Of Employment Security <B>(Administrative)</B> 33 South State St. 10Th Flr. Collection Bk Chicago, Illinois 60603 | Priority | Late claim | $0.00 | $305.93 | $305.93 |
| 1 300 7100 | Wells Fargo Financial Leasing, Inc. 800 Walnut Street Mac N0005-055 Des Moines, Ia 50309 | Unsecured | | $0.00 | $21,676.76 | $21,676.76 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 14-19585  
Debtor Name: Realty Consultants Usa  
Claims Bar Date: 12/15/2014  

Date: July 13, 2017

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 2<br>300<br>7100 | American Infosource Lp As Agent For<br>T Mobile/T-Mobile Usa Inc<br>Po Box 248848<br>Oklahoma City, Ok 73124-8848 | Unsecured | | $430.00 | $294.47 | $294.47 |
| 5B<br>300<br>7100 | N. A. Mb Financial Bank<br>Mb Financial Bank, N.A.<br>C/O David R. Doyle<br>Shaw Fishman Glantz & Towbin Llc<br>321 N. Clark St. Ste. 800<br>Chicago, Il 60657 | Unsecured | | $110,000.00 | $257,659.34 | $257,659.34 |
| 6<br>300<br>7100 | Ricoh Production Print Solutions Llc<br>Recoh Usa<br>3920 Arkwright Road Suite 400<br>Macon, Ga 31210 | Unsecured | | $0.00 | $1,017.14 | $1,017.14 |
| 7<br>300<br>7100 | Ge Capital Information Technology Solutions Inc<br>Gecits Atten: Bankruptcy Administration<br>Pob 13708<br>Macon Ga 31208 | Unsecured | | $0.00 | $58,365.32 | $58,365.32 |
| 9<br>350<br>7200 | Erik Coglianese<br>5839 Sunrise Drive<br>Minneapolis, Mn 55419 | Unsecured | Late claim | $0.00 | $6,080.00 | $6,080.00 |
| 11<br>350<br>7200 | Advanced Intelligence Engineering<br>211 E Illinois St<br>Wheaton, Il 60187 | Unsecured | Late claim | $0.00 | $6,997.50 | $6,997.50 |
| 16B<br>350<br>7200 | Illinois Department Of Employment Security<br><B>(Administrative)</B><br>33 South State St. 10Th Flr. Collection Bk<br>Chicago, Illinois 60603 | Unsecured | Late claim | $0.00 | $270.00 | $270.00 |
| 5<br>400<br>4110 | N. A. Mb Financial Bank<br>Mb Financial Bank, N.A.<br>C/O David R. Doyle<br>Shaw Fishman Glantz & Towbin Llc<br>321 N. Clark St. Ste. 800<br>Chicago, Il 60657 | Secured | | $110,000.00 | $97,156.67 | $97,156.67 |
| | Case Totals | | | $240,430.00 | $530,472.19 | $530,472.19 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 14-19585
Case Name: Realty Consultants Usa
Trustee Name: STEVEN R. RADTKE

| | Balance on hand | $ | 5,431.99 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 5 | N. A. Mb Financial Bank | $ 97,156.67 | $ 97,156.67 | $ 56,147.14 | $ 0.00 |

| Total to be paid to secured creditors | $ 0.00 |
| Remaining Balance | $ 5,431.99 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: STEVEN R. RADTKE | $ 8,442.83 | $ 8,107.83 | $ 335.00 |
| Trustee Expenses: STEVEN R. RADTKE | $ 130.92 | $ 106.50 | $ 24.42 |
| Attorney for Trustee Fees: STEVEN R. RADTKE | $ 29,010.07 | $ 24,262.50 | $ 4,747.57 |
| Attorney for Trustee Expenses: STEVEN R. RADTKE | $ 369.79 | $ 369.79 | $ 0.00 |
| Accountant for Trustee Fees: Popowcer Katten Ltd. | $ 7,282.00 | $ 7,282.00 | $ 0.00 |
| Accountant for Trustee Expenses: Popowcer Katten Ltd. | $ 12.53 | $ 12.53 | $ 0.00 |
| Other: Office Of The U.S. Trustee | $ 325.00 | $ 0.00 | $ 325.00 |

| Total to be paid for chapter 7 administrative expenses | $ 5,431.99 |
| Remaining Balance | $ 0.00 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 35,381.85 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 8 | Amanda L. Bina-Late | $ 13,766.17 | $ 0.00 | $ 0.00 |
| 12 | Charles Harms-Late | $ 1,666.67 | $ 0.00 | $ 0.00 |
| 13 | Jennifer Lopez-Late | $ 1,666.67 | $ 0.00 | $ 0.00 |
| 13B | Jennifer Lopez-Late | $ 128.60 | $ 0.00 | $ 0.00 |
| 3 | Internal Revenue Service | $ 12,658.90 | $ 0.00 | $ 0.00 |
| 4 | Illinois Department Of Revenue | $ 4,366.03 | $ 0.00 | $ 0.00 |
| 14 | Illinois Dept. Of Employment Security-Late | $ 127.69 | $ 0.00 | $ 0.00 |
| 15 | Illinois Department Of Employment Security-Late | $ 695.19 | $ 0.00 | $ 0.00 |
| 16 | Illinois Department Of Employment Security-Late | $ 305.93 | $ 0.00 | $ 0.00 |

Total to be paid to priority creditors        $              0.00

Remaining Balance                              $              0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 339,013.03 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Wells Fargo Financial Leasing, Inc. | $ 21,676.76 | $ 0.00 | $ 0.00 |
| 2 | American Infosource Lp As Agent For | $ 294.47 | $ 0.00 | $ 0.00 |
| 5B | N. A. Mb Financial Bank | $ 257,659.34 | $ 0.00 | $ 0.00 |
| 6 | Ricoh Production Print Solutions Llc | $ 1,017.14 | $ 0.00 | $ 0.00 |
| 7 | Ge Capital Information Technology | $ 58,365.32 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors         $              0.00

Remaining Balance                                              $              0.00

Tardily filed claims of general (unsecured) creditors totaling $ 13,347.50 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 9 | Erik Coglianese | $ 6,080.00 | $ 0.00 | $ 0.00 |
| 11 | Advanced Intelligence Engineering | $ 6,997.50 | $ 0.00 | $ 0.00 |
| 16B | Illinois Department Of Employment Security | $ 270.00 | $ 0.00 | $ 0.00 |

|  |  |
|---|---|
| Total to be paid to tardy general unsecured creditors | $ 0.00 |
| Remaining Balance | $ 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE