UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE | ) | Chapter 7 |
| | ) | |
| REALTY CONSULTANTS USA, | ) | CASE NO. 14-19585 |
| | ) | |
| Debtor. | ) | Hon. Jacqueline P. Cox |
| | ) | |

COVER SHEET FOR APPLICATION FOR
SECOND AND FINAL
PROFESSIONAL COMPENSATION

Name of Applicant:                          STEVEN R. RADTKE, Trustee

Authorized to Provide                       Estate of Realty Consultants USA
Professional Service to:

Date of Order Authorizing Employment:       May 26, 2014

Period for Which                            May 19, 2015 to close of case
Compensation is Sought:

Amount of Fees Sought pursuant to
11 U.S.C. 506(c):                           $ 335.00

Amount of Expense                           $24.42
Reimbursement Sought:

This is a(n):       Interim Application ____       Final Application _X__

If this is *not* the first application filed herein by this professional, disclose as to all prior fee applications: N/A

| Date Filed | Period Covered | Total Requested (Fees & Expenses) | Total Allowed | Any Amount Ordered Withheld |
|---|---|---|---|---|
| 6/9/15 | 6/26/14-5/19/15 | 8,214.33 | 8,214.33 | |

The aggregated amount of fees and expenses *paid* to the Applicant to date for services rendered and expenses incurred herein is: $8,214.33.

DATED:      8/17/17                    By:  /s/ Steven R. Radtke
                                            STEVEN R. RADTKE

STEVEN R. RADTKE
79 West Monroe Street, Suite 1305
CHICAGO, IL 60603
(312) 346-1935
RealtyCvrShTrFinalAppFee

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE | ) | Chapter 7 |
| | ) | |
| Realty Consultants Usa | ) | CASE NO. 14-19585-JPC |
| | ) | |
| Debtor(s). | ) | Hon. Jacqueline P. Cox |

## TRUSTEE'S SECOND AND FINAL APPLICATION FOR COMPENSATION AND EXPENSES

TO:   THE HONORABLE Jacqueline P. Cox

NOW COMES STEVEN R. RADTKE, Trustee herein, pursuant to 11 U.S.C. §330, and requests $335.00 as compensation and $24.42 for reimbursement of expenses, $8,214.33 ($8,107.83 compensation and $106.50 reimbursement of expenses) of which has previously been paid.

## I. COMPUTATION OF COMPENSATION

Total disbursements to parties in interest, excluding the Debtor, but including holders of secured claims are $103,856.67.* Pursuant to 11 U.S.C. §326, compensation should be computed as follows:

| | | |
|---|---|---|
| 25% of the First $5,000.00 | $1,250.00 | ($1,250.00 max.) |
| 10% of next $45,000.00 | $4,500.00 | ($4,500.00 max.) |
| 05% of next $950,000.00 | $2,692.83 | ($47,500.00 max.) |
| | | |
| TOTAL COMPENSATION | $8,442.83 | |
| | | |
| LESS AMOUNT PREVIOUSLY ALLOWED PURSUANT TO ORDER OF COURT 6/30/15 | $ 8,107.83 | |
| | | |
| BALANCE | $   335.00 | |

---

*Trustee previously was compensated $8,107.83 pursuant to 11 U.S.C. 506(c) based on collection of assets secured by the lien of MB Financial Bank totaling $97,156.67. Additional funds received in the amount of $6,700 were not subject to any security interests.

## II. TRUSTEE'S EXPENSES

| | |
|---|---|
| Courier (Chicago Messenger Service) | $ 6.50 |
| Postage (mailing distribution checks: 2 x $0.46) | $00.92 |
| Misc (Preparing and mailing NFR @ $1.00 each) | $17.00 |
| TOTAL EXPENSES: | $24.42 |

The undersigned certifies under penalty of perjury that no agreement or understanding exists between the undersigned and any other person for sharing of compensation prohibited by the Bankruptcy Code. No payments have previously been made or promised in any capacity in connection with the above case.

Dated:   8/17/17                           /s/ STEVEN R. RADTKE
                                            STEVEN R. RADTKE, Trustee

STEVEN R. RADTKE
79 WEST MONROE STREET
SUITE 1305
CHICAGO, IL 60603
(312) 346-1935
RealtyTrFinalAppComp

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN

| | | |
|---|---|---|
| IN RE | ) | Chapter 7 |
| | ) | |
| REALTY CONSULTANTS USA, | ) | CASE NO. 14-19585 |
| | ) | |
| Debtor(s). | ) | Hon. Jacqueline P. Cox |

**Trustee's Affidavit Pursuant to Rule 2016**

State of Illinois     )
County of Cook       )

I, STEVEN R. RADTKE, being first duly sworn on oath, deposes and states as follows:

1.      I am the duly appointed, qualified and acting trustee in this case and I have personal knowledge of the facts set forth herein.

2.      I have read the Trustee's Second and Final Application for Allowance of Compensation and Costs Pursuant to 11 U.S.C. 330 ("Application") and all of the factual matters set forth therein are true to the best of my knowledge, information and belief. I or my agents pursuant to my direction performed the services set forth and described in the Application.

3.      I have made no arrangements for a division of compensation received or to be received herein directly or indirectly nor does any understanding exist between myself or any other person, except that I am a principal at Chill, Chill & Radtke, P.C. a law firm at which I was employed during the pendency of this case. I have previously received payment of interim compensation of services rendered in connection with this case.

Further Affiant sayeth not.

_____
Steven R. Radtke

Subscribed and sworn to
before me this 17th day
of _August_, 2017.

_____
Notary Public

OFFICIAL SEAL
PEGGY CURRAN
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:03/03/21

RealtyTrFinalAppComp

3

OFFICIAL SEAL
PEGGY CURRAN
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES

July 12, 2017

Steven R. Radtke, Trustee
REALTY CONSULTANTS USA, Debtor
CHILL, CHILL & RADTKE, P.C.
79 W. Monroe Street, #1305
Chicago, IL 60603

In Reference To:   Bankruptcy Estate of:
REALTY CONSULTANTS, USA, Debtor
Case No. 14-19585; Filed 05/26/14
Cnvrtd to Chapter 7 on 08/06/14
Compensation & Expenses to Steven R. Radtke, Trustee
Realty-TSee2dFe - #1446

Professional Services

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 1/15/2014 | Received $700 from debtor's attorney; conference at Associated Bank re deposit of same | 0.50 375.00/hr | 187.50 |
| 2/10/2015 | Receipt of $6,000 for settlement of fraudulent conveyance claim; conference at Associated Bank re depositing same | 0.50 375.00/hr | 187.50 |
| 6/5/2015 | Email to Linda Spak re Gary Declark attendance 6/15/15 | 0.20 375.00/hr | 75.00 |
| 6/8/2015 | Review and process May bank statement (.10); reconcile account (.10) | 0.20 375.00/hr | 75.00 |
| 6/30/2015 | Court Appearance re Trustee, Attorney and Accountant Fee Petitions (1.00); conference with wage claimants re status (.30) | 1.30 375.00/hr | 487.50 |
| 7/3/2015 | Receipt and review of IRS response to 505(b) request (.10); email to Lois West re same (.10) | 0.20 375.00/hr | 75.00 |
| 7/8/2015 | Review and process June bank statement (.10); reconcile account (.10) | 0.20 375.00/hr | 75.00 |
| 8/10/2015 | Review and process July bank statement (.10); reconcile account (.10) | 0.20 375.00/hr | 75.00 |
| 9/9/2015 | Review and process August bank statement (.10); reconcile account (.10) | 0.20 375.00/hr | 75.00 |

Steven R. Radtke, Trustee                                                                    Page 2

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 10/6/2015 | Review and process September bank statement (.10); reconcile account (.10) | 0.20 375.00/hr | 75.00 |
| 12/6/2015 | Conference at 560 W. Lake Street with T. Mowrey re possible assets sale; phone conference with Ira Lauder re same (1.00). | 1.00 375.00/hr | 375.00 |
| 12/7/2015 | Review and process November bank statement (.10); reconcile account (.10) | 0.20 375.00/hr | 75.00 |
| 12/11/2015 | Email to and from J. Goldberg re status of document retrieval and scheduled meeting with owner (.20); email from and to T. Mowery re inspection of furniture (.20). | 0.40 375.00/hr | 150.00 |
| 12/17/2015 | Email to (.10) and from (.10) Lois West re IRS notice received | 0.20 375.00/hr | 75.00 |
| 1/5/2016 | Email to C. Black re status. | 0.20 375.00/hr | 75.00 |
| 1/12/2016 | Email to Candy Banks attaching two notices from IRS | 0.20 375.00/hr | 75.00 |
| 1/15/2016 | Telephone conference from G. Clark re ComEd Claim (.30); receipt and review of correspondence and State Court motion (.20). | 0.50 375.00/hr | 187.50 |
| 1/18/2016 | Review and process October bank statement (.10); reconcile account (.10) | 0.20 375.00/hr | 75.00 |
| 1/25/2016 | Email to (.10) and from (.10) David Doyle advising after considering costs auction will not take place | 0.20 375.00/hr | 75.00 |
| 2/2/2016 | Review and process December bank statement (.10); reconcile account (.10) | 0.20 375.00/hr | 75.00 |
| 2/8/2016 | Review and process January bank statement (.10); reconcile account (.10) | 0.20 375.00/hr | 75.00 |
| 2/21/2016 | Email from (.10) and to (.10) Lois West re forms 1 and 2 and tax return due | 0.20 375.00/hr | 75.00 |
| 2/22/2016 | Email to (.10)  and from (.10) Lois West attaching forms 1 and 2 | 0.20 375.00/hr | 75.00 |
| 2/26/2016 | Receipt and review of correspondence from IRS re waiver of penalties re 2013 and 2014, 5500 (.20); email to C. Banks re same  (.10). | 0.30 375.00/hr | 112.50 |
|  | Receipt and review of L. West's prepared 2015 Corporate Tax Return; sign same and 505(b) request. | 0.60 375.00/hr | 225.00 |

Steven R. Radtke, Trustee                                                      Page  3

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 3/7/2016 | Review and process February bank statement (.10); reconcile account (.10) | 0.20<br>375.00/hr | 75.00 |
| 3/11/2016 | Email from T. Cronin re status of proposed litigation. | 0.10<br>375.00/hr | 37.50 |
| 3/14/2016 | Email to G. Stern re objection to claims (.20). | 0.20<br>375.00/hr | 75.00 |
| 3/28/2016 | Email to (.10) and from (.10) Lois West attaching correspondence from Social Security Administration | 0.20<br>375.00/hr | 75.00 |
| 4/11/2016 | Review and process March bank statement (.10); reconcile account (.10) | 0.20<br>375.00/hr | 75.00 |
| 5/5/2016 | Review and process April bank statement (.10); reconcile account (.10) | 0.20<br>375.00/hr | 75.00 |
| 6/8/2016 | Review and process May bank statement (.10); reconcile account (.10) | 0.20<br>375.00/hr | 75.00 |
| 8/8/2016 | Review and process July bank statement (.10); reconcile account (.10) | 0.20<br>375.00/hr | 75.00 |
| 9/13/2016 | Review and process August bank statement (.10); reconcile account (.10) | 0.20<br>375.00/hr | 75.00 |
| 10/12/2016 | Review and process September bank statement (.10); reconcile account (.10) | 0.20<br>375.00/hr | 75.00 |
| 11/7/2016 | Review and process October bank statement (.10); reconcile account (.10) | 0.20<br>375.00/hr | 75.00 |
| 12/12/2016 | Review and process November bank statement (.10); reconcile account (.10) | 0.20<br>375.00/hr | 75.00 |
| 12/14/2016 | Telephone conference with T. Cronin re status of settlement. | 0.30<br>375.00/hr | 112.50 |
| 1/11/2017 | Review and process December bank statement (.10); reconcile account (.10) | 0.20<br>375.00/hr | 75.00 |
| 2/10/2017 | Review and process January bank statement (.10); reconcile account (.10) | 0.20<br>375.00/hr | 75.00 |
| 3/8/2017 | Review and process February bank statement (.10); reconcile account (.10) | 0.20<br>375.00/hr | 75.00 |
| 4/17/2017 | Review and process March bank statement (.10); reconcile account (.10) | 0.20<br>375.00/hr | 75.00 |

Steven R. Radtke, Trustee                                                        Page  4

|  | Hrs/Rate | Amount |
|---|---|---|
| 5/16/2017 Review and process April bank statement (.10); reconcile account (.10) | 0.20<br>375.00/hr | 75.00 |
| For professional services rendered | 12.10 | $4,537.50 |
| Balance due |  | $4,537.50 |

July 12, 2017

Steven R. Radtke, Trustee
Realty Consultants USA, Debtor
CHILL, CHILL & RADTKE, P.C.
79 West Monroe Street, Suite 1305
Chicago, IL 60603

In Reference To:    COSTS ADVANCED
Bankruptcy Estate of Realty Consultants USA Debtor
Chapter 7; Case #14-19585; Filed 5/26/14-Cnvrtd 8/6/14
RealtyCon-TrB24 - #1385
Additional Charges :

| | | Amount |
|---|---|---|
| 6/30/2014 | International Sureties, Ltd. Bond #16061444 - Liberty Mutual Chapter 11 Bond | 100.00 |
| | Chicago Messenger Service, Inc, - Invoice No. 737030; Messenger delivery to Realty Consultants, USA on 06/30/2014 - CCR Check #16105. | 6.50 |
| 7/15/2014 | Chicago Messenger Service, Inc, - Invoice No. 739138; Messenger delivery to Realty Consultants, USA on 07/15/2014 - CCR Check #16110. | 6.50 |
| 7/11/2017 | Mailing of distribution checks | 0.92 |
| | Preparing and mailing Notice of TFR | 17.00 |
| | Total additional charges | $130.92 |
| | Accounts receivable transactions | |
| 7/16/2015 | Payment - thank you - Trustee's Advanced Costs Requested and Allowed per Judge Cox's Court Order of June 30, 2015.. Check No. 1002 | ($106.50) |
| | Total payments and adjustments | ($106.50) |
| | Balance due | $24.42 |