UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | Case No. 14-19585 |
| | ) | |
| REALTY CONSULTANTS USA, | ) | Hon. Jacqueline P. Cox |
| | ) | |
| | ) | |
| Debtor. | ) | |

## Certificate Of Service

I, Steven R. Radtke, hereby certify that on **August 18, 2017**, I caused a true and correct copy of the **Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR)** to be served on the persons on the attached service list via First Class mail, postage prepaid, as indicated on the service list.

/s/   Steven R. Radtke
STEVEN R. RADTKE, TRUSTEE
Attorney ID No. 0312-4816
79 WEST MONROE STREET
SUITE 1305
CHICAGO IL 60603
(312) 346-1935

RealtyNFRCrtSrv

SERVICE LIST
REALTY CONSULTANTS USA, DEBTOR
CASE NO. 14-19585

Office of the United States Trustee
219 South Dearborn, Room 873
Chicago, IL 60604

Realty Consultants USA
566 W. Lake St.
Suite 320
Chicago, IL 60661

Wells Fargo Financial Leasing, Inc.
800 Walnut Street
MAC N0005-055
Des Moines, IA 50309

American InfoSource LP as agent for
T Mobile/T-Mobile USA Inc
PO Box 248848
Oklahoma City, OK 73124-8848

Internal Revenue Service
Mail Stop 5010 CHI
230 S. Dearborn St.
Chicago, IL 60604

Illinois Department of Revenue
**(ADMINISTRATIVE)**
Bankruptcy Section
P.O. Box 64338
Chicago, IL 60664-0338

MB Financial Bank, N.A.
c/o David R. Doyle
Shaw Fishman Glantz & Towbin LLC
321 N. Clark St. Ste. 800
Chicago, IL 60657

Ricoh Production Print Solutions LLC
Recoh USA
3920 Arkwright Road Suite 400
Macon, GA 31210

GE Capital Information Technology
Solutions Inc
GECITS Attn: Bankruptcy Administration
POB 13708
Macon GA 31208

Amanda L. Bina
2600 N. Hampden Ct.
Unit A4
Chicago, IL 60614

Erik Coglianese
5839 Sunrise Drive
Minneapolis, MN 55419

Advanced Intelligence Engineering
211 E Illinois St
Wheaton, IL 60187

Charles Harms
198 May St
Elmhurst, IL 60126

Jennifer Lopez
2125 W Agatite
Chicago, IL 60625

Illinois Dept. of Employment Security
33 S State St., 10th Flr CEU Bky
Chicago, Illinois 60603
Attn. Amelia T. Yabes

Illinois Department of Employment Security
**(ADMINISTRATIVE)**
33 South State St. 10th Flr.
Collection BK
Chicago, Illinois 60603

RealtyTFRSrvList

1