# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS
### EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Realty Consultants Usa | § | Case No. 14-19585 |
| | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
## REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
## ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

STEVEN R. RADTKE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 12,500.00 *(Without deducting any secured claims)* | Assets Exempt: 0.00 |
| Total Distributions to Claimants: 56,147.14 | Claims Discharged Without Payment: 547,742.38 |
| Total Expenses of Administration: 47,709.53 | |

3) Total gross receipts of $ 103,856.67 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 103,856.67 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 110,000.00 | $ 97,156.67 | $ 97,156.67 | $ 56,147.14 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 48,044.53 | 48,044.53 | 47,709.53 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 20,000.00 | 35,381.85 | 35,381.85 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 270,430.00 | 352,360.53 | 352,360.53 | 0.00 |
| **TOTAL DISBURSEMENTS** | $ 400,430.00 | $ 532,943.58 | $ 532,943.58 | $ 103,856.67 |

    4) This case was originally filed under chapter 11 on  05/26/2014 , and it was converted to chapter 7 on  08/06/2014 .  The case was pending for 39 months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  10/10/2017                    By:/s/STEVEN R. RADTKE
                                               Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Account Receivable - American Water | 1121-000 | 5,218.99 |
| Account Receivable - Burke Burns & Pinelli, Ltd. | 1121-000 | 2,250.00 |
| Account Receivable - Comerica Bank | 1121-000 | 3,500.00 |
| Account Receivable - Community Bank of Elmhurst | 1121-000 | 450.00 |
| Account Receivable - Ft. Worth Accounting Center | 1121-000 | 3,000.00 |
| Account Receivable - GTIS | 1121-000 | 3,000.00 |
| Account Receivable - Leaders Bank | 1121-000 | 2,000.00 |
| Account Receivable - Mark M. Lyman | 1121-000 | 3,750.00 |
| Account Receivable - Northern Ilinois Railroad Corporation ( | 1121-000 | 1,248.50 |
| Account Receivable - Northside Community Bank | 1121-000 | 2,500.00 |
| Account Receivable - Perry Higa | 1121-000 | 3,000.00 |
| Account Receivable - PNC Financial | 1121-000 | 100.00 |
| Account Receivable - Scott D. Verhey | 1121-000 | 1,900.00 |

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Account Receivable - United Central Bank | 1121-000 | 400.00 |
| Account Receivable - Village of Glenview | 1121-000 | 5,155.34 |
| Account Receivable - WWL DHotel Investors LLC | 1121-000 | 733.75 |
| Account Receivable  Zions First National Bank | 1121-000 | 4,500.00 |
| Account Receivable Judith H. Stenehjem (SLS) LP | 1121-000 | 3,500.00 |
| Account Receivable-Burke Burns & Pinelli Ltd. | 1121-000 | 5,350.00 |
| Account Receivable-Delaware Place Bank | 1121-000 | 3,000.00 |
| Account Receivable-MB Financial Bank NA | 1121-000 | 850.00 |
| Account Receivable-O'Hagan LLC | 1121-000 | 1,200.00 |
| Account Receivable - Ft. Worth Accounting Center | 1129-000 | 1,500.00 |
| Insurance Premium Rebate 2013; Policy #09P1008 | 1129-000 | 147.12 |
| Corporate checking account Everbank | 1229-000 | 16,402.97 |
| Settlement of fraudulent conveyance | 1249-000 | 6,000.00 |
| Proceeds of Sale of Estate Property (work in progress) | 1290-000 | 15,000.00 |
| Sanctions per order of Court | 1290-000 | 700.00 |

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Undisclosed Attorneys Fees | 1290-000 | 7,500.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 103,856.67** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 5 | N. A. Mb Financial Bank | 4110-000 | 110,000.00 | 97,156.67 | 97,156.67 | 56,147.14 |
| **TOTAL SECURED CLAIMS** | | | **$ 110,000.00** | **$ 97,156.67** | **$ 97,156.67** | **$ 56,147.14** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| STEVEN R. RADTKE | 2100-000 | NA | 8,777.83 | 8,777.83 | 8,442.83 |
| STEVEN R. RADTKE | 2200-000 | NA | 130.92 | 130.92 | 130.92 |
| Associated Bank | 2600-000 | NA | 1,036.39 | 1,036.39 | 1,036.39 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| M. Larry Lefoldt and Lefoldt & Co., P.A. | 2990-000 | NA | 1,200.00 | 1,200.00 | 1,200.00 |
| Office Of The U.S. Trustee | 2990-000 | NA | 325.00 | 325.00 | 325.00 |
| STEVEN R. RADTKE | 3110-000 | NA | 29,010.07 | 29,010.07 | 29,010.07 |
| Global Surety, LLC - Operating Acct. | 3120-000 | NA | -100.00 | -100.00 | -100.00 |
| STEVEN R. RADTKE | 3120-000 | NA | 369.79 | 369.79 | 369.79 |
| Popowcer Katten Ltd. | 3410-000 | NA | 7,282.00 | 7,282.00 | 7,282.00 |
| Popowcer Katten Ltd. | 3420-000 | NA | 12.53 | 12.53 | 12.53 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 48,044.53 | $ 48,044.53 | $ 47,709.53 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Illinois Department of Rev. Bankruptcy Sec. 7-425 100 W. Randolph St. Chicago, IL 60602 | | 0.00 | NA | NA | 0.00 |
| 8 | Amanda L. Bina | 5300-000 | NA | 13,766.17 | 13,766.17 | 0.00 |
| 12 | Charles Harms | 5300-000 | NA | 1,666.67 | 1,666.67 | 0.00 |
| 13 | Jennifer Lopez | 5300-000 | NA | 1,666.67 | 1,666.67 | 0.00 |
| 13B | Jennifer Lopez | 5400-000 | NA | 128.60 | 128.60 | 0.00 |
| 15 | Illinois Department Of Employment Security | 5800-000 | NA | 695.19 | 695.19 | 0.00 |
| 16 | Illinois Department Of Employment Security | 5800-000 | NA | 305.93 | 305.93 | 0.00 |
| 4 | Illinois Department Of Revenue | 5800-000 | NA | 4,366.03 | 4,366.03 | 0.00 |
| 14 | Illinois Dept. Of Employment Security | 5800-000 | NA | 127.69 | 127.69 | 0.00 |
| 3 | Internal Revenue Service | 5800-000 | 20,000.00 | 12,658.90 | 12,658.90 | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | **$ 20,000.00** | **$ 35,381.85** | **$ 35,381.85** | **$ 0.00** |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Corporate Turnaround 95 New Jersey 17 Paramus NJ 07654 | | 0.00 | NA | NA | 0.00 |
| | Ira Lauter Robert Boron 33 N. LaSalle Chicago, IL 60602 | | 0.00 | NA | NA | 0.00 |
| | Rathje Woodward 300 E. Roosevelt Rd. Wheaton IL 60187 | | 160,000.00 | NA | NA | 0.00 |
| 2 | American Infosource Lp As Agent For | 7100-000 | 430.00 | 294.47 | 294.47 | 0.00 |
| 7 | Ge Capital Information Technology | 7100-000 | NA | 58,365.32 | 58,365.32 | 0.00 |
| 5B | N. A. Mb Financial Bank | 7100-000 | 110,000.00 | 257,659.34 | 257,659.34 | 0.00 |
| 6 | Ricoh Production Print Solutions Llc | 7100-000 | NA | 1,017.14 | 1,017.14 | 0.00 |
| 1 | Wells Fargo Financial Leasing, Inc. | 7100-000 | 0.00 | 21,676.76 | 21,676.76 | 0.00 |
| 11 | Advanced Intelligence Engineering | 7200-000 | NA | 6,997.50 | 6,997.50 | 0.00 |
| 9 | Erik Coglianese | 7200-000 | NA | 6,080.00 | 6,080.00 | 0.00 |
| 16B | Illinois Department Of Employment Security | 7200-000 | NA | 270.00 | 270.00 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 270,430.00 | $ 352,360.53 | $ 352,360.53 | $ 0.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 14-19585 | JPC | Judge: | Jacqueline P. Cox | Trustee Name: | STEVEN R. RADTKE |
|---|---|---|---|---|---|---|

Case Name:   Realty Consultants Usa

For Period Ending:   10/10/2017

Date Filed (f) or Converted (c):   08/06/2014 (c)
341(a) Meeting Date:   07/24/2014
Claims Bar Date:   12/15/2014

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1.  Account Receivable-Delaware Place Bank<br><br>Invoice No. 101-140309 | 3,000.00 | 3,000.00 | | 3,000.00 | FA |
| 2.  Account Receivable - Northside Community Bank<br><br>Invoice No. 101-140299 | 2,500.00 | 2,500.00 | | 0.00 | FA |
| 3.  Account Receivable - Comerica Bank<br><br>Invoice No. 101-140301 | 3,500.00 | 3,500.00 | | 3,500.00 | FA |
| 4.  Account Receivable - Leaders Bank<br><br>Invoice No. 101-140317 | 2,000.00 | 2,000.00 | | 2,000.00 | FA |
| 5.  Account Receivable - Mark M. Lyman<br><br>Inoivce No. 101-140297 - George J. Keporos | 3,750.00 | 3,750.00 | | 3,750.00 | FA |
| 6.  Account Receivable - Community Bank of Elmhurst<br><br>Invoice No. 102-140138 | 450.00 | 450.00 | | 450.00 | FA |
| 7.  Account Receivable - PNC Financial<br><br>Inoivce No. 101-1401282 | 100.00 | 100.00 | | 100.00 | FA |
| 8.  Account Receivable - United Central Bank<br><br>Invoice No. 102-140141 | 400.00 | 400.00 | | 400.00 | FA |
| 9.  Account Receivable - WWL DHotel Investors LLC<br><br>Invoice No. 101-140267 | 733.75 | 733.75 | | 733.75 | FA |
| 10. Corporate checking account Everbank (u) | 18,000.00 | 18,000.00 | | 16,402.97 | FA |
| 11. Business Insurance Policies | 0.00 | 0.00 | | 0.00 | FA |
| 12. Causes of action against Integra Realty Resources unknown va<br><br>No value can be assigned because setlment discussions are ongoing | Unknown | Unknown | | 0.00 | FA |

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit 8

| Case No: | 14-19585 | JPC | Judge: | Jacqueline P. Cox | Trustee Name: | STEVEN R. RADTKE |
|---|---|---|---|---|---|---|

Case Name:   Realty Consultants Usa

Date Filed (f) or Converted (c):   08/06/2014 (c)

341(a) Meeting Date:   07/24/2014

For Period Ending:   10/10/2017

Claims Bar Date:   12/15/2014

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 13.  Used office furniture; chairs, desks, conference table, pape | 10,000.00 | 10,000.00 | OA | 0.00 | FA |
| 14.  Account Receivable-Burke Burns & Pinelli Ltd.<br><br>Invoice Nos. 101-140223, 101-140280 and 101-140285 | 5,350.00 | 5,350.00 | | 5,350.00 | FA |
| 15.  Account Receivable-MB Financial Bank NA | 850.00 | 850.00 | | 850.00 | FA |
| 16.  Account Receivable - Village of Glenview | 5,155.34 | 5,155.34 | | 5,155.34 | FA |
| 17.  Insurance Premium Rebate 2013; Policy #09P1008 | 147.12 | 147.12 | | 147.12 | FA |
| 18.  Account Receivable - Scott D. Verhey | 1,900.00 | 1,900.00 | | 1,900.00 | FA |
| 19.  Account Receivable-O'Hagan LLC | 1,200.00 | 1,200.00 | | 1,200.00 | FA |
| 20.  Account Receivable - Burke Burns & Pinelli, Ltd. | 2,250.00 | 2,250.00 | | 2,250.00 | FA |
| 21.  Account Receivable - Northside Community Bank | 2,500.00 | 2,500.00 | | 2,500.00 | FA |
| 22.  Account Receivable - Northern Ilinois Railroad Corporation (<br><br>Invoice No. 101-140317 | 1,248.50 | 1,248.50 | | 1,248.50 | FA |
| 23.  Account Receivable  Zions First National Bank | 4,500.00 | 4,500.00 | | 4,500.00 | FA |
| 24.  Account Receivable - GTIS<br><br>Invoice No. 101-140281 - Return of account receivable<br>collected by principal of Debtor | 3,000.00 | 3,000.00 | | 3,000.00 | FA |
| 25.  Proceeds of Sale of Estate Property (work in progress) (u) | 15,000.00 | 15,000.00 | | 15,000.00 | FA |
| 26.  Account Receivable - American Water<br><br>Invoice Nos. 101-140311 and 101-140271 | 5,218.99 | 5,218.99 | | 5,218.99 | FA |
| 27.  Undisclosed Attorneys Fees (u) | 7,500.00 | 7,500.00 | | 7,500.00 | FA |
| 28.  Account Receivable Judith H. Stenehjem (SLS) LP | 3,500.00 | 3,500.00 | | 3,500.00 | FA |
| 29.  Sanctions per order of Court (u)<br><br>Sanctions per order of Court dated 12/16/14 | 700.00 | 700.00 | | 700.00 | FA |
| 30.  Settlement of fraudulent conveyance (u) | 6,000.00 | 6,000.00 | | 6,000.00 | FA |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit 8

| Case No: | 14-19585 | JPC | Judge: | Jacqueline P. Cox | | Trustee Name: | STEVEN R. RADTKE |
| Case Name: | Realty Consultants Usa | | | | | Date Filed (f) or Converted (c): | 08/06/2014 (c) |
| | | | | | | 341(a) Meeting Date: | 07/24/2014 |
| For Period Ending: | 10/10/2017 | | | | | Claims Bar Date: | 12/15/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 31. Account Receivable - Ft. Worth Accounting Center | 4,500.00 | 4,500.00 | | 4,500.00 | FA |
| Invoice No. 101-140281 - Return of account receivable collected by principal of Debtor | | | | | |
| 32. Account Receivable - Perry Higa | 3,000.00 | 3,000.00 | | 3,000.00 | FA |
| Invoice No. 101-140260 - Return of account receivable collected by principal of Debtor | | | | | |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)                $117,953.70          $117,953.70                            $103,856.67          $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

6/2017  Finalizing TFR (TFR sent to UST for approval on 7/13/17)

3/2017 Lawsuit no longer being pursued by special counsel; begin work on fee petition and TFR

6/2016 Special counsel continues to evaluate claim

10/23/15  Trustee has retained special counsel per order of court.  Special counsel is in process of document retrieval necessary to evaluate the claim and settlement/litigation alternatives.

Trustee consulting with proposed special counsel regarding filing State court case for tortious interference with contracts. (Trustee has retained special counsel pursuant to order of Court to pursue the action)

Initial Projected Date of Final Report (TFR): 06/30/2016          Current Projected Date of Final Report (TFR): 12/31/2017

## FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 14-19585 | Trustee Name: STEVEN R. RADTKE |
| Case Name: Realty Consultants Usa | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX9888 |
| | Checking |
| Taxpayer ID No: XX-XXX8247 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 10/10/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/24/14 | 15 | MB Financial Bank, NA c/o Daniel Mccallum 6111 North River Road, 4th Floor Rosemont, IL 60018 | Account receivable Invoice No. 102-140119 | 1121-000 | $850.00 | | $850.00 |
| 07/24/14 | 16 | Village of Glenview 1225 Waukegan Road Glenview, IL 60025-3071 | Account receivable Invoice Nos. 101-140270 and No. 101-140290 | 1121-000 | $5,155.34 | | $6,005.34 |
| 07/24/14 | 17 | UnitedHealthcare of Illinois, Inc. MCR Operations PO Box 30519 Salt Lake City, UT 84130 | Health Insurance Premium Rebate Insurance premium rebate for 2013 - Policy #09P1008 | 1129-000 | $147.12 | | $6,152.46 |
| 07/28/14 | 18 | Scott D. Verhey Law Offices of Scott D Verhey 734 North Wells street Chicago, IL 60654 | Account receivable Invoice No. 101-140283 | 1121-000 | $1,900.00 | | $8,052.46 |
| 07/31/14 | 19 | O'Hagan LLC One East Wacker, Suite 3400 Chicago, IL 60601 | Account receivable Invoice No. 102-140132 | 1121-000 | $1,200.00 | | $9,252.46 |
| 08/05/14 | 20 | Burke Burns & Pinelli, Ltd. 70 West Madison Street Suite 4300 Chicago, IL 60602 | Account receivable Invoice No. 101-140284 and Invoice No. 101-140218 | 1121-000 | $2,250.00 | | $11,502.46 |
| 08/06/14 | 21 | Northside Community Bank 8060 Oakton Street Niles, IL 60714 | Account receivable Invoice No. 101-140299 | 1121-000 | $2,500.00 | | $14,002.46 |
| 09/04/14 | 1001 | Estate of Realty Consultants Usa, 14-19585 | Chapter 11 funds transferred to Chapter 7 bank account | 9999-000 | | $14,002.46 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $14,002.46 | $14,002.46 |
| Less: Bank Transfers/CD's | $0.00 | $14,002.46 |
| Subtotal | $14,002.46 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $14,002.46 | $0.00 |

Page Subtotals:                    $14,002.46        $14,002.46

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 14-19585 | Trustee Name:  STEVEN R. RADTKE |
| Case Name: Realty Consultants Usa | Bank Name:  Associated Bank |
| | Account Number/CD#:  XXXXXX5604 |
| | Checking |
| Taxpayer ID No: XX-XXX8247 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 10/10/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/12/14 | 1 | Delaware Place Bank 190 East Delaware Place Chicago, IL 60611 | Account receivable Invoice No. 101-140309; appraisal Ensell Road & Quentin Road, Lake Zurich, IL | 1121-000 | $3,000.00 | | $3,000.00 |
| 08/12/14 | 3 | Comerica Bank | Account receivable Invoice No. 101-140301 | 1121-000 | $3,500.00 | | $6,500.00 |
| 08/12/14 | 2 | Northside Community Bank 8060 Oakton Street Niles, IL 60714 | Account receivable Invoice No. 101-140299 ; Lakepointe Apartments LLC - Appraisal 1284-W. Early Avenue, Chicago, IL | 1121-000 | $2,500.00 | | $9,000.00 |
| 08/12/14 | 4 | Leaders Bank 2001 York Road, Suite 150 Oak Brook, IL 60523 | Account receivable Invoice No. 101-140317; Loan OPS/T.M.G. Venture LLC - appraisal 2421 S. 25th Avenue, Broadview, IL | 1121-000 | $2,000.00 | | $11,000.00 |
| 08/12/14 | 5 | George J. Keporos 160 E. Illinois St., Apt. 1706 Chicago, IL 60611 | Account receivable Invoice No. 101-140297; Mark M. Lyman - appraisal Honda City, 4830, 4840, 4843, 4900, 4950 S. Pulaski Road, Chicago, IL | 1121-000 | $3,750.00 | | $14,750.00 |
| 08/12/14 | 6 | Community Bank of Elmhurst | Account receivable Invoice No. 102-140138 | 1121-000 | $450.00 | | $15,200.00 |
| 08/13/14 | 9 | WWL DHotel Investors LLC 350 W Hubbard Street Suite 250 Chicago, IL 60654 | Account receivable Invoice No. 101-140267 - ground lease renewal | 1121-000 | $733.75 | | $15,933.75 |
| 08/13/14 | 8 | United Central Bank 4555 West Walnut Street Garland, TX 75042 | Account receivable Invoice No. 101-140141 - Balvinder Singh | 1121-000 | $400.00 | | $16,333.75 |
| 08/13/14 | 7 | The PNC Financial Services Group | Account receivable Invoice No. 101-1401282 | 1121-000 | $100.00 | | $16,433.75 |
| 08/15/14 | 10 | EverBank | Proceeds from Closed bank account RCUSA Valuations LLC0194 | 1229-000 | $16,402.97 | | $32,836.72 |

| | | | |
|---|---|---|---|
| | Page Subtotals: | $32,836.72 | $0.00 |

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 14-19585
Case Name: Realty Consultants Usa

Taxpayer ID No: XX-XXX8247
For Period Ending: 10/10/2017

Trustee Name: STEVEN R. RADTKE
Bank Name: Associated Bank
Account Number/CD#: XXXXXX5604
Checking
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/04/14 | | Estate of Realty Consultants Usa, 14-19585 | Chapter 11 funds | 9999-000 | $14,002.46 | | $46,839.18 |
| 09/04/14 | 14 | Burke, Burns & Pinelli, Ltd. 70 West Madison Street Suite 4300 Chicago, IL 60602 | Accounts receivable Invoice Nos. 101-140223, 101-140280 and 101-140285 | 1121-000 | $5,350.00 | | $52,189.18 |
| 09/04/14 | 2 | Northside Community Bank 8060 Oakton Street Niles, IL 60714 | Account receivable Reversal Stop Payment of Check #021096 dated 6/28/14 from Northside Community Bank (Lakepoint Apartments LLC) for Invoice #101-140299; this invoice paid with Check #021155 dated 8/1/14 deposited in Account #2153179888 | 1121-000 | ($2,500.00) | | $49,689.18 |
| 09/08/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $29.69 | $49,659.49 |
| 09/09/14 | 24 | Gary K. Declark 176 Esat Orchard Street Elmhurst, IL 60126-4070 | Account receivable Return of account receivable (GTIS -Invoice #101-140306) collected by principal of debtor | 1121-000 | $3,000.00 | | $52,659.49 |
| 09/15/14 | 22 | Northeast Illinois Railroad Corporation 547 West Jackson Boulevard Chicago, IL 60661 | Account receivable Invoice No. 101-140317 (Leaders Bank) | 1121-000 | $1,248.50 | | $53,907.99 |
| 09/15/14 | 23 | Zions Management Services Company Salt Lake City, UT 84101 | Account receivable Invoice No. 101-1401908 | 1121-000 | $4,500.00 | | $58,407.99 |
| 09/18/14 | 25 | Gary Declark | Proceeds of Sale of estate property (Work in Progress) Proceeds from sale of estate's right title and interest in work in progress pursuant to order dated 9/17/14 | 1290-000 | $15,000.00 | | $73,407.99 |
| 10/06/14 | 26 | American Water PO Box 5600 Cherry Hill, NJ 08034 | Account receivable Invoice Nos. 101-140311 and 101-140271 | 1121-000 | $5,218.99 | | $78,626.98 |

Page Subtotals: $45,819.95   $29.69

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 14-19585 | Trustee Name: STEVEN R. RADTKE |
| Case Name: Realty Consultants Usa | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX5604 |
| | Checking |
| Taxpayer ID No: XX-XXX8247 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 10/10/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/07/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $85.87 | $78,541.11 |
| 11/07/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $115.51 | $78,425.60 |
| 11/12/14 | 27 | Nikola Duric | Return of Undisclosed Attorneys Fees | 1290-000 | $7,500.00 | | $85,925.60 |
| 12/05/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $119.67 | $85,805.93 |
| 12/09/14 | 28 | Judith H. Stenehjem (SLS) LP PO Box 607 Watford City, ND 58854 | Account receivable Invoice No. 101-140305 | 1121-000 | $3,500.00 | | $89,305.93 |
| 01/08/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $131.42 | $89,174.51 |
| 01/15/15 | 29 | Linda Spak | Sanctions per order of Court dated 12/16/14 | 1290-000 | $700.00 | | $89,874.51 |
| 02/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $133.15 | $89,741.36 |
| 02/10/15 | 30 | Nikola Duric 401 Wisner Street Park Ridge, IL 60068 | Settlement of fraudulent conveyance | 1249-000 | $6,000.00 | | $95,741.36 |
| 02/19/15 | 31 | RCUSA Valuations LLC | Account receivable Return of account receivable (Ft. Worth Accounting, Inv. No. 101-140281) collected by principal of debtor | 1129-000 | $1,500.00 | | $97,241.36 |
| 03/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $126.69 | $97,114.67 |

| | | | | Page Subtotals: | $19,200.00 | $712.31 | |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: 14-19585 | | Trustee Name: STEVEN R. RADTKE |
| Case Name: Realty Consultants Usa | | Bank Name: Associated Bank |
| | | Account Number/CD#: XXXXXX5604 |
| | | Checking |
| Taxpayer ID No: XX-XXX8247 | | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 10/10/2017 | | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/25/15 | | Gary K. Declark | Account receivable Return of account receivable ( Ft. Worth Accounting Center - Invoice No. 101-140281 - $3,000.00 & Perry Higa - Invoice No. 101-140260 - $1,500.00) collected by principal of Debtor | | $4,500.00 | | $101,614.67 |
| | | | Gross Receipts                          $4,500.00 | | | | |
| | 31 | | Account Receivable - Ft. Worth Accounting Center          $3,000.00 | 1121-000 | | | |
| | 32 | | Account Receivable - Perry Higa          $1,500.00 | 1121-000 | | | |
| 03/27/15 | 32 | Gary K. Declark | Account receivable Return of account receivable ( Perry Higa - Invoice No. 101-140260 - $1,500.00) collected by principal of Debtor | 1121-000 | $1,500.00 | | $103,114.67 |
| 04/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $146.24 | $102,968.43 |
| 05/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $148.15 | $102,820.28 |
| 07/15/15 | 1001 | STEVEN R. RADTKE CHILL, CHILL & RADTKE, P.C. 79 WEST MONROE STREET SUITE 1305 CHICAGO, IL  60603 | Interim Trustee's Fees per order of Court dated 6/30/15 | 2100-000 | | $8,107.83 | $94,712.45 |
| 07/15/15 | 1002 | STEVEN R. RADTKE CHILL, CHILL & RADTKE, P.C. 79 WEST MONROE STREET SUITE 1305 CHICAGO, IL  60603 , | Interim Trustee's Costs per order of Court dated 6/30/15 | 2200-000 | | $106.50 | $94,605.95 |

| | | | Page Subtotals: | | $6,000.00 | $8,508.72 | |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: 14-19585 | Trustee Name: STEVEN R. RADTKE | |
| Case Name: Realty Consultants Usa | Bank Name: Associated Bank | |
| | Account Number/CD#: XXXXXX5604 | |
| | Checking | |
| Taxpayer ID No: XX-XXX8247 | Blanket Bond (per case limit): $5,000,000.00 | |
| For Period Ending: 10/10/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/15/15 | 1003 | STEVEN R. RADTKE CHILL, CHILL & RADTKE, P.C. 79 WEST MONROE STREET SUITE 1305 CHICAGO, IL 60603 , | Interim Trustee's Attorneys' Fees per order of Court dated 6/30/15 | 3110-000 | | $24,262.50 | $70,343.45 |
| 07/15/15 | 1004 | STEVEN R. RADTKE CHILL, CHILL & RADTKE, P.C. 79 WEST MONROE STREET SUITE 1305 CHICAGO, IL 60603 , | Interim Trustee's Attorneys' Costs per order of Court dated 6/30/15 | 3120-000 | | $369.79 | $69,973.66 |
| 07/15/15 | 1005 | Popowcer Katten Ltd. 35 East Wacker Drive, Suite 1550 Chicago, IL 60601-2124 | Interim Trustee's Accountant's Fees per order of Court dated 6/30/15 | 3410-000 | | $7,282.00 | $62,691.66 |
| 07/15/15 | 1006 | Popowcer Katten Ltd. 35 East Wacker Drive, Suite 1550 Chicago, IL 60601-2124 | Interim Trustee's Accountant's Costs per order of Court dated 6/30/15 | 3420-000 | | $12.53 | $62,679.13 |
| 07/15/15 | 1007 | MB Financial Bank, N.A. c/o David R. Doyle Shaw, Fishman, Glantz & Towbin, LLC 321 N. Clark St., Ste 800 Chicago, IL 60657 | Net proceeds of recovery of Secured Party's collateral pursuant to order of Court dated 6/30/15 | 4110-000 | | $56,147.14 | $6,531.99 |
| 09/30/15 | | Associated Bank | Reversal of Technology Fee Fee charged on 9/8/14; reversed on 10/1/14 - neglected to make note in system | 2600-000 | | ($12.00) | $6,543.99 |
| 09/30/15 | | Associated Bank | Technology Fee Fee charged on 9/8/14 (after speaking with Tamara Jones on 10/1/14 fee was reversed - neglected to make note in system) | 2600-000 | | $12.00 | $6,531.99 |
| 11/23/15 | 1008 | M. Larry Lefoldt and Lefoldt & Co., P.A. 690 Towne Center Boulevard P.O. Box 2848 Ridgeland, MS 39158-2848 | Payment of professional fees per order of Court entered 11/19/15 | 2990-000 | | $1,200.00 | $5,331.99 |

| | | | Page Subtotals: | | $0.00 | $89,273.96 | |
|---|---|---|---|---|---|---|---|

Case 14-19585   Doc 117   Filed 11/03/17   Entered 11/03/17 16:05:30   Desc Main
Document   Page 19 of 21

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 14-19585 | Trustee Name: STEVEN R. RADTKE |
| Case Name: Realty Consultants Usa | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX5604 |
| | Checking |
| Taxpayer ID No: XX-XXX8247 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 10/10/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/24/16 | | Global Surety, LLC - Operating Acct. One Shell Square 701 Poydras Street, Suite 420 New Orleans, LA 70139 | Return of Ch 11 bond payment The Trustee's attorney advanced the cost of the Chapter 11 bond and was reimbursed for same pursuant to order of Court dated 6/30/15. The case was converted to Ch 7 and the bond was cancelled. Attorneys for Trustee received a check returning the bond payment. That check was not cashed. This check represents reimbursement to estate for same. | 3120-000 | | ($100.00) | $5,431.99 |
| 09/22/17 | 1009 | STEVEN R. RADTKE CHILL, CHILL & RADTKE, P.C. 79 WEST MONROE STREET SUITE 1305 CHICAGO, IL 60603 | Final distribution representing a payment of 3.97 % per court order. | 2100-000 | | $335.00 | $5,096.99 |
| 09/22/17 | 1010 | STEVEN R. RADTKE CHILL, CHILL & RADTKE, P.C. 79 WEST MONROE STREET SUITE 1305 CHICAGO, IL 60603 | Final distribution representing a payment of 18.65 % per court order. | 2200-000 | | $24.42 | $5,072.57 |
| 09/22/17 | 1011 | Office Of The U.S. Trustee <B>(Administrative)</B> 219 S. Dearborn St. Room 873 Chicago, Il 60604 | Final distribution to claim 10 representing a payment of 100.00 % per court order. | 2990-000 | | $325.00 | $4,747.57 |
| 09/22/17 | 1012 | STEVEN R. RADTKE CHILL, CHILL & RADTKE, P.C. 79 WEST MONROE STREET SUITE 1305 CHICAGO, IL 60603 | Final distribution representing a payment of 16.37 % per court order. | 3110-000 | | $4,747.57 | $0.00 |

| | | | Page Subtotals: | | $0.00 | $5,331.99 |
|---|---|---|---|---|---|---|

Exhibit 9

| | | |
|---|---:|---:|
| Column Totals | $103,856.67 | $103,856.67 |
| Less: Bank Transfers/CD's | $14,002.46 | $0.00 |
| Subtotal | $89,854.21 | $103,856.67 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $89,854.21 | $103,856.67 |

| | | |
|---|---:|---:|
| Page Subtotals: | $0.00 | $0.00 |

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX5604 - Checking | $89,854.21 | $103,856.67 | $0.00 |
| XXXXXX9888 - Checking | $14,002.46 | $0.00 | $0.00 |
|  | $103,856.67 | $103,856.67 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $0.00 |
|---|---|
| Total Net Deposits: | $103,856.67 |
| Total Gross Receipts: | $103,856.67 |